IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

NATIONAL HOME CENTERS, INC.                                              PLAINTIFF

      v.              Civil No. 08-5229

ZEHM, INC., ET AL.                                                      DEFENDANTS

## O R D E R

NOW on this 18th day of November 2008, comes on for consideration Plaintiff's **Motion for Voluntary Partial Dismissal of Bank of Rogers** (document #11), and the Court, being well and sufficiently advised, finds that the motion should be, and it hereby is, **granted** and, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, all of Plaintiff's claims against Defendant Bank of Rogers are dismissed without prejudice.

**IT IS SO ORDERED.**

                                               /s/ Jimm Larry Hendren
                                               **JIMM LARRY HENDREN**
                                               **UNITED STATES DISTRICT JUDGE**